NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**WENYONG YUE, HUIZHOUSHI HUIFANGYUAN NONG KEJI YOUXIAN GONGSI, aka Botail, YIDIANDIAN SHENZHEN WENHUACHUANMEIYOUXIANGONGSI, aka Cool Essential,**
*Plaintiffs-Appellants*

**v.**

**JOHN NASHED HANNA, REACTION LABS LLC, aka Lup,**
*Defendants-Appellees*

---

2025-1356

---

Appeal from the United States District Court for the Western District of Texas in No. 1:24-cv-01125-DII, Judge Robert L. Pitman.

---

**ON MOTION**

---

Before REYNA, BRYSON, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

2                                                        YUE v. HANNA

Appellants move to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(2). Appellees agree to dismissal but move for sanctions pursuant to Federal Rule of Appellate Procedure 38. Appellants oppose the motion for sanctions, and appellees reply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss is granted to the extent that the appeal is dismissed with costs to the appellees.

(2) The motion for sanctions is denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 30, 2025
Date